GEORGE W. POWERS and others agt. SAME DEFENDANTS.

Same decision.